# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| STEPHON W SUGGS,<br><br>*Plaintiff,*<br><br>v.<br><br>MYKENA INGRAM, *et al.,*<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:19-cv-00065-TES-CHW |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

In his Recommendation [Doc. 29], the United States Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment [Doc. 20] and deny Plaintiff's motion for a temporary restraining order [Doc. 27]. No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). Finding no clear error, the Court **ADOPTS** the Recommendation [Doc. 29] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' motion for summary judgment [Doc. 20] and **DENIES** Plaintiff's motion for a temporary restraining order [Doc. 27].

**SO ORDERED**, this 18th day of May, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
